IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KEVIN D. INGRAM,

    Plaintiff,

v.                                                                      Civil Action No. **3:12CV52**

**D. VEREEN,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on February 14, 2012, the Court conditionally docketed Plaintiff's civil action and warned Plaintiff that he must keep the Court informed of his current address. By Memorandum Order entered on August 20, 2012, the Court granted Plaintiff *in forma pauperis* status and filed the action. On October 1, 2012, the United States Postal Service returned the August 20, 2012 Memorandum Order to the Court marked "RETURN TO SENDER[,] NOT DELIVERABLE AS ADDRESSED[,] UNABLE TO FORWARD." The envelope also shows that the Postal Service unsuccessfully attempted to forward the Memorandum Order to an address in Roanoke, Virginia before returning the Memorandum Order to the Court. Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                           /s/
                                               Henry E. Hudson
Date: Nov. 5, 2012                     United States District Judge
Richmond, Virginia